UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

JOEL JEANNITE,

Plaintiff

v.

CITY OF HAVERHILL, STEPHEN BRIGHI, in
His Capacity as CHIEF OF THE HAVERHILL
POLICE DEPARTMENT, STEPHEN DOHERTY,
GEORGE DEKEON, JR., JOHN DOE, and JOHN
ROE,

Defendants

DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME

Now come the defendants in the above-captioned action pursuant to Fed.R.Civ.P. 6(b),
through special appearance of the undersigned counsel, and hereby move for an enlargement of
time of the period within which they must answer or otherwise respond to the Complaint for a
period of 30 days up to, and including, May 6, 2004.

As grounds therefor, defendants state that the requested enlargement is necessary to
confirm representation issues and to provide a reasoned response to the Complaint.

DEFENDANTS CITY OF HAVERHILL,
STEPHEN BRIGHI, STEPHEN DOHERTY,
and GEORGE DEKEON, JR.,

Through special appearance of counsel,

Joseph L. Tehan, Jr. (BBO # 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218274/METG/0549