UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

JOEL JEANNITE,

    Plaintiff

v.

CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,

    Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that he attempted to confer with plaintiffs' counsel in regard to Defendants' Motion for Enlargement of Time on April 5, 2004 by leaving a telephone message.

DEFENDANTS CITY OF HAVERHILL,
STEPHEN BRIGHI, STEPHEN DOHERTY,
and GEORGE DEKEON, JR.,

Through special appearance of counsel,

_____
Joseph L. Tehan, Jr. (BBO # 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218287/METG/0549