AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Joel Jeannite

V.

City of Haverhill, et al

SUMMONS IN A CIVIL CASE

CASE 04 10541 R

TO: (Name and address of Defendant)

George Dekeon, Jr.
Haverhill Police Department
40 Bailey Boulevard
Haverhill, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Fischer
Jason & Fischer
47 Winter Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAR 17 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAME O.

Chec

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

March 25, 2004

I hereby certify and return that on 3/25/2004 at 07:44 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Officer Cooper, agent, person in charge at the time of service for George Dekeon, Jr, 40 Bailey Avenue Haverhill Police Department Haverhill, MA 01830. Basic Service Fee ($30.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $55.00

Deputy Sheriff Ronald Laplume                                                                 *Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                         Signature of Server

                                                                 _____
                                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.