AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Joel Jeannite

V.

City of Haverhill, et al

**SUMMONS IN A CIVIL CASE**

CASE   04 10541 RWZ

TO: (Name and address of Defendant)

Stephen Brighi, Chief
Haverhill Police Department
40 Bailey Boulevard
Haverhill, MA 01830

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Fischer
Jason & Fischer
47 Winter Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAR 17 2004

DATE