AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Joel Jeannite

V.

City of Haverhill, et al

SUMMONS IN A CIVIL CASE

04 10541 RWZ

CASE

TO: (Name and address of Defendant)

    Stephen Doherty
    Haverhill Police Department
    40 Bailey Boulevard
    Haverhill, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Andrew M. Fischer
    Jason & Fischer
    47 Winter Street
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAR 17 2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

NAME OF

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Check

*Essex, ss.*

March 25, 2004

I hereby certify and return that on 3/25/2004 at 07:44 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to **Officer Cooper, agent, person in charge at the time of service for Stephen Doherty, 40 Bailey Blvd Haverhill Police Department Haverhill, MA 01830.** Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

Deputy Sheriff

Deputy Sheriff Ronald Laplume

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.