AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Joel Jeannite

V.                                    **SUMMONS IN A CIVIL CASE**

City of Haverhill, et al

CASE

TO: (Name and address of Defendant)

City Clerk
City of Haverhill
Municipal Building
4 Summer Street
Haverhill, MA 01830

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew M. Fischer
Jason & Fischer
47 Winter Street
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                    DATE

(By) DEPUTY CLERK