UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOEL JEANNITE,<br><br>   Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,<br><br>   Defendants | C.A. NO. 04-CV-10541-RWZ<br><br>LOCAL RULE 16.1(D) JOINT SCHEDULING STATEMENT |

Pursuant to L.R. 16.1(D), counsel for the parties have conferred and state as follows:

I. JOINT DISCOVERY PLAN AND MOTION SCHEDULE

The parties propose the following pre-trial schedule:

a. Automatic Disclosures shall be served by June 30, 2004.

b. All written discovery shall be served by August 15, 2004, except for discovery that becomes necessary from information learned at depositions.

c. All fact depositions shall be completed by December 31, 2004.

d. Plaintiff shall designate expert witnesses by February 28, 2005 and provide expert reports by April 15, 2005.

e. Defendants shall designate expert witnesses by May 30, 2005, and provide expert reports by June 30, 2005.

f. All expert depositions shall be completed by August 30, 2005.

g. All dispositive motions are to be filed on or before September 30, 2005.

h. A summary judgment hearing/pre-trial conference will be held on October 31, 2005 at 2:30 p.m.

II.  **TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to a trial before a magistrate judge.

| DEFENDANTS, | PLAINTIFF, |
|---|---|
| By their attorneys, | By his attorney, |
| *Jackie Cowin* | *Andrew M. Fischer (jc)* |
| Joseph L. Tehan, Jr. (BBO #494020) | Andrew M. Fischer, Esq. |
| Jackie Cowin (BBO# 655880) | Jason & Fischer |
| Kopelman and Paige, P.C. | 47 Winter Street |
| 31 St. James Avenue | Boston, MA 02108 |
| Boston, MA 02116 | (617) 423-7904 |
| (617) 556-0007 | |

221242/METG/0549

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 5/18/04

| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br><br>EDWARD M. REILLY<br>DIRECTOR WESTERN OFFICE<br><br>WILLIAM HEWIG III<br>JEANNE S. McKNIGHT<br>KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br><br>(617) 556-0007<br>FAX (617) 654-1735<br><br>PITTSFIELD OFFICE<br>(413) 443-6100<br><br>NORTHAMPTON OFFICE<br>(413) 585-8632<br><br>WORCESTER OFFICE<br>(508) 752-0203 | THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>THOMAS W. McENANEY<br>KATHARINE GOREE DOYLE<br>GEORGE X. PUCCI<br>LAUREN F. GOLDBERG<br>JASON R. TALERMAN<br>JEFFREY A. HONIG<br>MICHELE E. RANDAZZO<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>LISA C. ADAMS<br>ELIZABETH R. CORBO<br>MARCELINO LA BELLA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>CAROLYN M. MURRAY<br>R. ERIC SLAGLE |

May 18, 2004

Clerk, Civil
United States District Court
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Jeannite v. City of Haverhill, et al.
      U. S. District Court, C.A. No. 04-CV-10541-RWZ

Dear Sir or Madam:

Enclosed for filing please find the parties' Local Rule 16.1(D) Joint Scheduling Statement. Please be advised that a Scheduling Conference has been scheduled on this matter for May 25, 2004.

Thank you for your attention to this matter.

Very truly yours,

*Jackie Cowin*

Jackie Cowin

JC/cmt
Enc.
cc:   Andrew M. Fischer, Esq.
      Keith Legget (GFMS# 182688)
221393/METG/0549