UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOEL JEANNITE, | \* |
| | \* |
| Plaintiff | \* |
| v. | \* |
| | \* |
| CITY OF HAVERHILL, STEPHEN BRIGHI, in his capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON Jr., JOHN DOE, and JOHN ROE | \* C.A. NO. 04-10541-RWZ |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATE

Plaintiff, Joel Jeannite, in his capacity as plaintiff hereby submits, pursuant to LR 16.1(D)(3), a certificate that he and his counsel have conferred:

a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation; and

b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*Joel Jeannite* (signature)
Joel Jeannite

Date: 5/21/2004

Respectfully submitted,
Joel Jeannite,
by his counsel,

*Andrew M. Fischer* (signature)
Andrew M. Fischer
BBO# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904