UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

JOEL JEANNITE,

    Plaintiff

v.

CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,

    Defendants

DEFENDANT CITY OF HAVERHILL'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant City of Haverhill, through its authorized representative and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANTS CITY OF HAVERHILL, STEPHEN BRIGHI, STEPHEN DOHERTY and GEORGE DEKEON, JR.,

_____
City of Haverhill
By its Mayor
James J. Fiorentini

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218479/METG/0549