UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************************

| | |
|---|---|
| JOEL JEANNITE, | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * |
| CITY OF HAVERHILL, STEPHEN | *  C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE | * |
| HAVERHILL POLICE DEPARTMENT, | * |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., | * |
| JOHN DOE, and JOHN ROE | * |
| | * |
| Defendants | * |

*********************************************

## MOTION TO EXTEND THE DISCOVERY DEADLINE FOR 90 DAYS

Now comes the plaintiff and moves, with the assent of the defendants, that the scheduling statement and all discovery and other deadlines therein be extended for ninety (90).

As reason, the plaintiff states that despite the good efforts of counsel, the schedule of plaintiff's counsel has made it difficult to conduct a complete deposition within the present discovery deadline.

| | |
|---|---|
| Assented to, | Respectfully submitted, |
| City of Haverhill, et al, | Joel Jeannite, |
| by their counsel, | by his counsel, |
| | |
| /S/ Jackiw A. Cowin | /s/ Andrew M. Fischer |
| Jackie A. Cowin | Andrew M. Fischer |
| KOPELMAN & PAIGE, PC | BB0# 167040 |
| 31 St. James Avenue | JASON & FISCHER |
| Boston, MA 02116 | 47 Winter Street |
| (617) 556-0007 | Boston, MA 02108 |
| jcowin@k-plaw.com | (617) 423-7904 |
| | afischer@jasonandfischer.com |

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin., Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: October 7, 2004 _____   _____
                                             Andrew M. Fischer

jeannite\mtnextdisc