UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

| | |
|---|---|
| JOEL JEANNITE,<br><br>            Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,<br><br>            Defendants | PROPOSED DEFENDANT GLENN FOGARTY'S OPPOSITION TO PLAINTIFF'S "MOTION TO SUBSTITUTE TRUE NAME OF DEFENDANT JOHN DOE" |

Now comes the proposed defendant, Glenn Fogarty ("Fogarty"), and hereby opposes plaintiff's Motion to Substitute True Name of Defendant John Doe.  As plaintiff seeks to substitute Fogarty for "John Doe" as a defendant in this matter, plaintiff's motion clearly comprises a Motion to Amend the Complaint.

As grounds for opposing this Motion to Amend, Fogarty states that said motion does not comply with the requirements for amending a pleading to add a party, as set forth in Local Rule 15.1.  Specifically, plaintiff proposes to add Fogarty as a defendant long after the time plaintiff could reasonably have been expected to become aware of Fogarty's identity.  See Local Rule 15.1(A).  Further, plaintiff failed to serve the Motion to Amend upon Fogarty at least 10 days in advance of filing said motion.  See Local Rule 15.1(B).

As further grounds for this Opposition, Fogarty relies on the within Memorandum of Reasons.

MEMORANDUM OF REASONS

1. This action arises out of plaintiff's arrest by officers of the Haverhill Police Department on July 30, 2001.

2. Fogarty, a Haverhill police officer, participated in the arrest of plaintiff.

3. On March 17, 2004, plaintiff filed the Original Complaint in this action, asserting claims against the City of Haverhill, Haverhill Police Chief Stephen Brighi, Haverhill police officers George Dekeon and Stephen Doherty, and "John Doe and John Roe."

4. Plaintiff now claims he did not become aware of Fogarty's identity as one of the arresting officers until February 22, 2005, through the deposition of defendant Stephen Doherty.

5. However, Officer Fogarty was identified as one of the arresting officers in numerous documents produced by plaintiff on June 23, 2004, as part of his Automatic Disclosures.  See Plaintiff's Automatic Disclosures (partial) (attached hereto as Exhibit A).  These documents included a report on plaintiff's arrest written by Fogarty.  Id.

6. Therefore, Fogarty submits, plaintiff can reasonably be expected to have become aware of his identity prior to June 23, 2004.[1]

7. However, plaintiff did not file his Motion to Amend until March 30, 2005 – just six weeks before the Scheduling Order, which has already been extended twice, calls for discovery to close.  Thus, Fogarty submits, the Motion to Amend violates

---

[1] The police records identifying Fogarty as one of the arresting officers were also included in Defendants' Responses to Plaintiff's First Request for Production of Documents, which were transmitted to plaintiff's counsel on August 19, 2004.

        Local Rule 15.1(A), requiring that "[a]mendments adding parties shall be sought as soon as an attorney reasonably can be expected to have become aware of the identity of the proposed new party."

8. Moreover, even if, as plaintiff claims, he could not reasonably have become aware of Fogarty's identity until February 22, 2005, plaintiff unduly delayed in waiting five weeks, until March 30, 2005, to file his Motion to Amend.

9. Further, plaintiff did not serve the Motion to Amend upon Fogarty prior to filing said motion, in violation of Local Rule 15.1(B), providing that a motion to amend to add a new party shall be served upon the proposed new party at least 10 days in advance of filing.

10. Therefore, Fogarty submits that the Motion to Amend the Complaint to add him as a defendant should be denied for failure to comply with the rules of this Court.

WHEREFORE, the proposed defendant, Glenn Fogarty, requests that this Honorable Court deny plaintiff's Motion to Substitute True Name of Defendant John Doe.

    PROPOSED DEFENDANT

    GLENN FOGARTY,

    By his attorney,

    /s/Jackie Cowin_____
    Joseph L. Tehan, Jr. (BBO# 494020)
    Jackie Cowin (BBO#655880)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116
    (617) 556-0007

248150/METG/0549

3