# JASON AND FISCHER

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

June 23, 2004

Joseph L. Tehan, Jr., Esquire
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116

Re: <u>Joel Jeannite, et al v. City of Haverhill, et al</u>
U.S. District Ct., C.A. No. 04-CV-10541-RWZ

Dear Mr. Tehan:

Enclosed please find Plaintiff's Automatic Disclosure Pursuant to Local Rule 26.2(A), in regards to the above captioned proceeding.

Yours truly,

Andrew M. Fischer

AMF:nw

Enclosures

jeannite\lttehan

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************************

| | |
|---|---|
| JOEL JEANNITE, | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * |
| CITY OF HAVERHILL, STEPHEN | * C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE | * |
| HAVERHILL POLICE DEPARTMENT, | * |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., | * |
| JOHN DOE, and JOHN ROE | * |
| | * |
| Defendants | * |

*********************************************

### PLAINTIFF'S AUTOMATIC DISCLOSURE PURSUANT TO LOCAL RULE 26.2(A)

Pursuant to Local Rule 26.2(A), the plaintiff, Joel Jeannite, hereby makes the following automatic document disclosure:

**1. Possible witnesses or individuals with information regarding claims and defenses:**

    a. Plaintiff Joel Jeannite;
    b. Mireya Vargas-Abreu, Haverhill, Massachusetts;
    c. Maria Ilarraz, Haverhill, Massachusetts;
    d. Officer George Dekeon, Jr, Haverhill Police Department;
    e. Officer Stephen Doherty, Haverhill Police Department;
    f. Jaranen Greenfield, Mother of the Plaintiff;
    g. Douglas Greenfield, Father of the Plaintiff;
    h. Chief of Police Stephen Brighi
    i. each of the defendants;
    j. Other Haverhill police officers, including officers involved in the Deaprtment of Internal Affairs;
    k. Marsha Kazarosian;
    l. Melissa, last name unknown, address unknown;
    m. Douglas Greenfield, Groveland, Massachusetts;
    n. Karen Greenfield, Groveland, Massachusetts;
    o. Michael Dee, Northern Essex Mental Health, Haverhill, Massachusetts;
    p. Dr. Michael Shea, Northern Essex Mental Health, Haverhill, Massachusetts;
    q. Sean Kiley, wrestling coach, Penntucket Regional High School;
    r. Mary Gaffney, guidance counselor, Penntucket Regional High School;
    s. Richard Hasenfus, wrestling coach, Norwich University;



The Plaintiff reserves the right to supplement the list as more information becomes available to him.

2. **Documents relevant to plaintiff's claims and defenses, provided herewith:**

   a. Haverhill Police Department Motor Vehicle Inventory Case Number HHP01008133 **(Exhibit A)**;
   b. Haverhill Police Department Narrative Arrest Report **(Exhibit B)**;
   c. Criminal Complaint in Haverhill District Court, criminal case, 0138CR001518 **(Exhibit C)**;
   d. Application for Criminal Complaint in Haverhill District Court **(Exhibit D)**;
   e. Haverhill Police Department Booking Sheet **(Exhibit E)**;
   f. Special Narrative Arrest Report of Officer Stephen Doherty, Haverhill Police Department **(Exhibit F)**;
   g. Special Narrative Arrest Report of Officer Glenn Fogarty, Haverhill Police Department **(Exhibit G)**;
   h. Affidavit of Mireya Vargas-Abreu, Haverhill, Massachusetts **(Exhibit H)**;
   i. Affidavit of Maria Ilarraz, Haverhill, Massachusetts **(Exhibit I)**;
   j. Photographs offered as exhibits in the criminal trial **(Exhibit J)**;
   k. Massachusetts Uniform Citation numbered 073001 **(Exhibit K)**;
   l. Information offered as Exhibit during the criminal trial, including:
      1. Statement of Ann S. Rose **(Exhibit L-1)**
      2. Copy of Inventory policy, City of Haverhill **(Exhibit L-2)**
      3. Inventory policy return **(Exhibit L-3)**
   m. Translator's interview report of interviews with Mireya Vargas-Abreu and Maria Ilarraz **(Exhibit M)**;
   n. Criminal trial transcripts will be provided as appropriate when they become available;
   o. Mental health records from Northern Essex Mental Health, Haverhill, Massachusetts will be provided as appropriate when they become available

Plaintiff suggests that other court pleadings from the underlying criminal prosecution, 0138CR001518, may be relevant and that such additional court pleadings are available to the defendants.

3. Insurance: Not applicable.

4. Expert Witnesses: Not yet determined.


The plaintiff by this disclosure considers her obligations under Local Rule 26.2(A) to be currently fulfilled. The plaintiff recognizes his obligation to supplement this disclosure if further information relevant thereto comes into his possession.

Respectfully submitted,
Joel Jeannite,
by his counsel,

Date: 6/23/04

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

### CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Joseph L. Tehan, Jr., Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: 6/23/04

Andrew M. Fischer

jeannite\autodisclose

# Haverhill Police Department
## Narrative/Report Summary

EXHIBIT 1 B

Arrest [X]      Complaint Application [ ]      Protective Custody [ ]

| | |
|---|---|
| Officer: | George Dekeon Jr. |
| Date: | July 30, 2001 |
| Case No: | 01008133 |
| Booking No: | B0101009 |
| Defendant: | Joel Jeannite |

*[handwritten margin note: Dohery write a police report? Middle of Road]*

**Narrative:**

This officer will testify that on the above date he was working in uniformed patrol assigned to marked cruiser #5 on the early night shift (1630 to 1230 hrs). At approximately 2005 hrs, I was dispatched to the area of 11 Union St. on a report of suspicious activity. The dispatcher (Officer Scott Ziminski) informed this officer that a female caller from that address stated that a black male in a black colored Jaguar had stopped at the house and was asking questions. She also informed the dispatcher that the same party was in the neighborhood yesterday asking questions. As this officer was responding to the Union St area cruiser #4 (Officer's G. Fogarty & S. Doherty Jr.) radioed to dispatch that they were stopping a black Jaguar bearing MA registration 5444VX at 11 Union St. This officer arrived approximately one minute later at that location. As this officer approached the stopped vehicle he heard Officer Doherty ask the operator (later identified as the defendant) twice to produce his license. On both occasions the defendant stated he had a license but did not have it on his person. The DEF was then asked his name and his date of birth for the purpose of running his information through the Mass Registry to confirm his license status. The DEF at this time started to become argumentative stating that we had no reason to stop him and that we were only stopping him because he was a black man. At this time, I asked the DEF if he attended Norwich University because I had noticed a college sticker on his back window. He stated that he did and I informed him that I also attended that university to try to get him to calm down. He continued to say in a loud and argumentative way that he did not care if I went to the school and that we were harassing him. I then explained to him that we had a call about someone that fit the description of him and his vehicle in the area acting suspicious. I informed him that someone had called and reported he was in the neighborhood asking questions and that we were sent to investigate. He wanted to know who had called and if the person had an accent. I then informed him that we didn't know who had called and it made no difference. I informed him that we wanted to check his license and registration status and that he needed to produce them. He then started to yell again that we were harassing him and that we had no reason to stop him and he wanted to know why. At this time people in the house at 11-13 Union St. started to peer out there open windows and a few gathered on the porch watching the commotion. I informed the DEF to quite down and that it was already explained to him why he was being stopped and questioned. The DEF at this time stated to me "you can shut up and go fuck yourself". The DEF was then asked to step out of his car and he complied. He was then informed that I was placing him under arrest. He was handcuffed without incident and put into car #4. He was then transported to the station by car #4. At the station, LT. W. Looman (OIC) advised him of his Miranda and telephone rights. He was then booked and placed into cell M-3

*[handwritten margin notes surrounding text, partially illegible: "Rd Went?", "Theft? but he proves he stop car in that the man at the door ok", "Reason of search – that – never was ped of road", "Sgt. J. Arahovites", "Had to ask – didn't know why", "anyone new where they actually kept of the registration info"]*

Issued Uniform Citation for refusal to produce his license or info at a police officers request.

_____  _____
Arresting Officer                              Officer in Charge

FROM : Haverhill P      FAX NO. : 978 373 3981      Oct. 31 2003 07:40PM P2


EXHIBIT E

2001-Y133

# HAVERHILL POLICE DEPARTMENT
## BOOKING SHEET - Page 1

Case #: 01008132   Name: JEANNITE, JOEL         Offender #: ON001899
Address: 104 MAIN STREET  GROVLAND, MA 01834    Tel #: 978-372-8867
SSN: 010700024  Date of Birth: 11/24/1980    Birthplace: HATTI,

Race: B      Ethnicity: N      Sex: M      Height: 505         Weight: 160
Build: MED   Complexion: BLK             Eyes: BLK           Hair: BLK
Scar/Mark:
License: 010700024   (MA)
Marital Status: S    Spouse:
Father: JEAN JEANNITE               Mother: CLAIR
Occupation: STUDENT                 Employer: NORWICH

Arrest Occurred: 07/30/2001   201736at 13 UNION ST
Booking #: B0101009  Date: 07/30/2001  Time: 2029
CHARGES:

> Ch 272 Sc 53     DISORDERLY PERSON    Cnts 1

> Ch 90 Sc 25      REFUSING TO PRODUCE LICENSE   Cnts

OFFICERS:

62      DET. GEORGE DEKEON       ARREST
84      OFF. STEPHEN DOHERTY     ASSIST
91      OFF. GLENN FOGARTY       ASSIST
9925    SGT. JOHN P. ARAHOVITESOIC

Bail: $        Set by:               Cell #: M-3

Time Clerk Notified: _____   Time bailed or released: _____

Injuries: NONE


For Juvenile:

Parent/Guardian Notified  Yes( ) No( ) at         by _____

Prob. Off.: _____     Notified  Yes( ) No( ) at        by

Released To: _____       at          by

Personal Items: 33.10 CASH SHOES, SOCKS, EARING,

_____     _____     _____
Officer in Charge      Arresting Officer      Prisoner

HAVERHILL POLICE DEPARTMENT
BOOKING SHEET - Page 2

FINAL CHECKLIST

Case #:01008133   Booking #: B0101009

Have You Ever Been Arrested Before? Y Where & When: ROXBURY MA

Have You Been Advised of Your Rights? Y

Advised of Right to Use Phone? Y

Did You Use the Phone? Y If not Why?

Do You Understand Your Rights? Y

Do You Have Family or Friends in the City for Emergency Notification? Y

Details: KAREN GREENFIELD  978-372-8867

| MEDICAL QUESTIONS | EXPLANATIONS |
|---|---|
| Are You Suicidal? | N |
| Are You Taking Medication? | Y DEPICO |
| Do You Have a Contagious Disease? | N |
| Are You Under Care by a Physician? | Y DR. ROENBLOOM |

CELL #: M-3

To: Sgt. John Arahovites

From: Officer Stephen Doherty

Date: August 4, 2001

Re: The July 30, 2001 arrest of Joel Jeannite

Sir,

★ On July 30, 2001 at approx. 2000 hrs Officer Glenn Fogarty and I were in marked unit 4, assigned to the early night division when we heard a dispatched call to car 5 that in the area of Union St and Nichols St there was a report of a black male driving a black Jaguar acting suspicious. We were at the corner of White St & Nichols St when we heard the call. We then drove down Nichols St no vehicle matching the description. We then drove down 4th Ave. When we reached the corner of 4th Ave and Union St I observed a black Jaguar stopped in the middle of the road with a black male standing outside the drivers side window with his hands inside the window. There was someone in the driver seat of the vehicle. The area of Nichols St, 4th Ave, Union St is known for criminal activity including but not limited to drug activity. As we approached the vehicle I observed that the license plate was MA 5444VX and that the truck lock was missing. I called to dispatch that we were out with that suspicious vehicle in front of 11 Union St. The vehicle was stopped so traffic could not pass. This vehicle was not known to the area.

At this time we activated our overhead lights to stop the MV. The driver of the vehicle then started the vehicle and put it into drive. At this time we exited our vehicle and told the operator later identified as Joel Jeannite to stop his vehicle and put his hands out of the vehicle. The operator stopped the vehicle and put his hands out the window. As I approached the MV I asked the man, Joel Jeannite, for his license and registration. The man became very agitated, and asked me why he was pulled over. I again asked the man for his license and registration. The man again asked in a loud agitated voice " you are just stopping me because I'm a black man in a black car!" I attempted to tell the man that we received a call of suspicious activity and he matched the description given, and that he was parked in the middle of the road. The man continued to talk over me the entire time I was explaining the stop to him.

At this time Detective Dekeon arrived in marked unit 5. I again asked the man for his license and registration. The man became even more agitated and continued to state that we were harassing him because he was a black man in a black car. Detective Dekeon stepped in and attempt to calm the man down by talking about Norwich University a school that Detective Dekeon and the man had in common. The man then began to argue with Detective Dekeon stating he did not care that they went to the same school and that we were harassing him. At this time people were gathering on the front stairs of 11 Union St. and people were gathering across the street watching Mr. Jeannite causing a disturbance. At this time Detective Dekeon told the man to calm down and that he needed his license and registration. At this time Joel Jeannite yelled at Detective Dekeon

"you shut up, and go fuck yourself!" Detective Dekeon asked Mr. Jeannite to exit his vehicle and informed him that he was being placed under arrest. Mr. Jeannite was handcuffed and placed in the rear of car 4. Detective Dekeon waited on Union St for a tow truck to move Mr. Jeannite's vehicle for the roadway. While transporting Mr. Jeannite into the station, Mr. Jeannite called us racist. He continued to state to this officer "you think your tough, huh!" At the station Mr. Jeannite was advised his rights by Sgt John Arahovites, booked, allowed to use the phone, and placed in a cell to await bail. While being booked MR. Jeannite stated that he couldn't wait until his attorney gets a hold of this, and we will be sorry.

Respectfully submitted

Officer Stephen Doherty
Haverhill Police Dept.

**EXHIBIT G**

TO:      Sgt. Arahovites

FROM:      Glenn Fogarty #91

DATE:      08-04-01

RE:      Verbal complaint from Joel Jeannite

Sir,

     On July 30, 2001 while working with Officer Stephen Doherty we were working car 4 during the early patrol. While turning on Nichols Street from White Street Officer Ziminski who was working dispatch sent car five to the area of Nichols Street and Union Street on a report of suspicious activity. Dispatch stated that their was a black male driving a black Jaguar asking Questions and was also in the area the day before. As we turned off Nichols Street and drove past Union Street Officer Doherty observed a black Jaguar stopped in the middle of Union Street. as we turned the corner the driver was speaking to a black male through the drivers window of the car, this persons hands were inside the drivers compartment of the car. The car was stopped in the middle of the street impeding any traffic from passing in either direction. We activated the blue lights and stopped behind the car in a marked Haverhill Police Cruiser. Officer Doherty informed me that the trunk lock was popped in the car. As we exited the cruiser the driver latter I.D. as Joel Jeannite started the car and placed the car in drive as to leave. Jeannite was told to turn the car off and place his hand out the window. Both Officer Doherty and myself approached the car. The male who was standing at the drivers window immediately stepped away from the car then left the area unnoticed.

     Officer Doherty then asked Jeannite to produce his License and Registration. Jeannite became angry and refused asking why. We informed him that the reason that he was stopped was cause he was parked in the middle of the road and we received a report from neighbors that a person fitting your description was acting suspicious. We again asked for Jeannite to produce his license and registration. Again Jeannite refused, and started to yell saying that we were just harassing him because he was a black man driving a black jaguar. At this time Officer Dekeon arrived. Jeannite was becoming loud and argumentative. Officer Dekeon then started to speak to Jeannite and asked him to produce his License and Registration. Jeannite was becoming loud and argumentative with Officer Dekeon. Officer Dekeon then attempted to calm Jeannite down stating that he went to norwich university, stating that he noticed the norwich sticker on the rear of the car. Jeannite continued to be loud and yell telling Officer Deleon to "shut up and

go fuck your self. During this time a group was gathering on the side walk in front of the area of the stop and in the nearby park observing the disturbance. Officer Dekeon then asked Jeanitte to exit the car cause he was being placed under arrest for disorderly conduct. The defendant was placed in handcuffs and transported to the station in the rear of car 4. Officer Dekeon waited at Union Street for a tow truck to Move the Def. car that was blocking traffic.

  While transporting Jeannite to the station he made several remarks that he was stopped cause he was a black man stating that we were just racist saying that we just think we are tuff. At the station Jeannite was advised of his rights and booked. During the booking he just saying "this is great just great you guy's are going to be sorry. Jeannite was booked giving a phone call and placed in a cell to wait possible bail.

Officer Glenn Fogarty