UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOEL JEANNITE, | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * |
| CITY OF HAVERHILL, STEPHEN | * C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE | * |
| HAVERHILL POLICE DEPARTMENT, | * |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., | * |
| JOHN DOE, and JOHN ROE | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR SPEEDY TRIAL

Now comes the plaintiff and moves that this court set a trial date in June or July 2005.

As reason, plaintiff states that his long pending application to join the Navy SEALS has finally been accepted and he will be leaving Massachusetts to commence basic training for the Navy SEALS on August 3, 2005. His training will consist of 19 weeks in locations which may include naval military facilities across the country and after his basic training, he will be stationed at a naval base, as yet unknown. Accordingly, Mr. Jeannite may not be able to guarantee his availability for trial after August 3 and seeks a trial date before his commencement of training as a Navy SEAL.

Respectfully submitted,
Joel Jeannite,
by his counsel,

Date: 4/29/05

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

## CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: 4/29/05

Andrew M. Fischer

jeannite\mtnspeedtrial