UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



```
***********************************
JOEL JEANNITE,                        *
                                      *
            Plaintiff                 *
                                      *
v.                                    *
                                      *
CITY OF HAVERHILL, STEPHEN            *    C.A. NO. 04-10541-RWZ
BRIGHI, in his capacity as CHIEF OF THE *
HAVERHILL POLICE DEPARTMENT,          *
STEPHEN DOHERTY, GEORGE DEKEON Jr.,   *
JOHN DOE, and JOHN ROE                *
                                      *
            Defendants                *
***********************************
```

## MOTION TO ALLOW TWO DEPOSITIONS
## AFTER THE DISCOVERY DEADLINE

Now comes the plaintiff and moves this Honorable Court allow him to complete two depositions after the time for completing depositions.

As reason plaintiff states he noticed the depositions of Glenn Fogarty, added as a defendant, pursuant to plaintiff's motion, allowed by the Court April 7, 2005, and Sargeant John Arahovites, an agent of the defendant City of Haverhill. These depositions were first noticed by letter dated March 29, 2005, for May 23, 2005 and 26, 2005, respectively. [See cover letter and deposition notices, attached hereto as Exhibit A1-A3]

Defendants responded by letter dated April 6, 2005 [Exhibit B, hereto], stating that the "Scheduling Order, which, having already been extended twice, presently calls for discovery to close on May 16, 2003" and refusing to produce either defendant Fogarty or Sargeant Arahovites for deposition on the dates noticed.

Plaintiff responded by letter dated April 20, 2005 [Exhibit C, hereto], suggesting that the depositions could be rescheduled for week of May 9-13, but that this would be difficult for plaintiff's counsel and requests "courtesy in accommodating the two depositions, seven and ten days after the formal close of discovery." Defense counsel refused this accommodation [See letter dated April 28, 2005, Exhibit D, hereto], stating that the would agree to appear May 12 and May 13, respectively. However, by this time, plaintiff's counsel had other commitments[1] and was not available on these dates.

Plaintiff's counsel spoke with defense counsel, as required bu Local Rule 7.1, requesting again the courtesy of "accommodating the two depositions, seven and ten days after the formal close of discovery." Defense counsel again refused, insisting that plaintiff file a motion extending discovery for two weeks.

Accordingly, plaintiff files this motion seeking to allow these two depositions seven and ten days after the formal close of discovery or extending discovery for the limited purpose of allowing these two deposition within two weeks of the deadline for completing discovery.[2]

---

[1] A multi-party deposition of the plaintiff in Worcester in *Schermer v Answer Products et al.* on May 12, 2005 and an lengthy evidentiary hearing in *Comm. v Poulin* in Chelsea District Court on May 13, 2005

[2] Plaintiff expects there will be one other deposition, of a district attorney, who failed to appear for deposition on April 4, 2005. Plaintiff is presently preparing a motion to compel this deposition.

-2-

Plaintiff asserts that no defendant is prejudiced in any way by this extension, as there is no reasonable basis for any summary judgment motion, defendants have completed all depositions and discovery from the plaintiff, and upon completion of these depositions, all parties will be ready for trial.

Respectfully submitted,
Joel Jeannite,
by his counsel,

Date: 5/5/05

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

## CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: 5/5/05

Andrew M. Fischer

## Affidavit of Compliance with Rule 7.1

I, Andrew M. Fischer, hereby certify that on May 2, 2005, I conferred with defense counsel, Jackie A. Cowin, Kopelman and Paige, in an attempt to resolve this discovery dispute and that she directed me to file a motion to extend discovery in order to take the two depositions in question.

Date: 5/5/05

Andrew M. Fischer

jeannite\mtnextdepodisc

-3-

**JASON AND FISCHER**

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

March 29, 2005

Jackie A. Cowin, Esquire
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116

Re:  Joe Jeannite, et al v. City of Haverhill, et al

Dear Ms. Cowin:

Enclosed please find:

1. Notice of Taking Deposition of Glenn Fogarty, for Monday, May 23, 2005 at 10:00 a.m.; and

2. Notice of Taking Deposition of Sgt. John Arahovites, for Thursday, May 26, 2005 at 10:00 a.m.

Please let me know if you will product Sgt. Arahovites for deposition without service of a subpoena.

Yours truly,

Andrew M. Fischer

AMF:cpj

Enclosure

cc:   Copley Court Reporting

jeannite\ltcowin4

EXHIBIT A-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
*******************************************

| | |
|---|---|
| JOEL JEANNITE, | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * |
| CITY OF HAVERHILL, STEPHEN | *  C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE | * |
| HAVERHILL POLICE DEPARTMENT, | * |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., | * |
| JOHN DOE, and JOHN ROE | * |
| | * |
| Defendants | * |

*******************************************

TO:   Jackie A. Cowin, Esquire
      Kopelman and Paige, P.C.
      31 St. James Avenue
      Boston, MA 02116

   Please take note that at 10:00 a.m. on Monday, May 23, 2005 at the offices of Jason & Fischer, 47 Winter Street, 4th Floor, Boston, MA 02108, the plaintiff in this action, by her attorney, will take the deposition upon oral examination of **Glenn Fogarty**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before COPLEY COURT REPORTING, a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

   You are invited to attend and cross-examine.

Date: 3/29/05

Plaintiff by counsel,

Andrew M. Fischer
JASON & FISCHER
47 Winter St., 4th Fl.
Boston, MA 02108
(617) 423-7904

CERTIFICATE OF SERVICE

   I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: 3/29/05

Andrew M. Fischer

jeannite\notdepfogarty

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************

JOEL JEANNITE, *
 *
       Plaintiff *
 *
v. *
 *
CITY OF HAVERHILL, STEPHEN * C.A. NO. 04-10541-RWZ
BRIGHI, in his capacity as CHIEF OF THE *
HAVERHILL POLICE DEPARTMENT, *
STEPHEN DOHERTY, GEORGE DEKEON Jr., *
JOHN DOE, and JOHN ROE *
 *
       Defendants *

*******************************************

TO:   Jackie A. Cowin, Esquire
       Kopelman and Paige, P.C.
       31 St. James Avenue
       Boston, MA 02116

     Please take note that at 10:00 a.m. on Thursday, May 26, 2005 at the offices of Jason & Fischer, 47 Winter Street, 4th Floor, Boston, MA 02108, the plaintiff in this action, by her attorney, will take the deposition upon oral examination of **John Arabovites**, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before COPLEY COURT REPORTING, a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

     You are invited to attend and cross-examine.

Date: 3/29/05

Plaintiff by counsel,

Andrew M. Fischer
JASON & FISCHER
47 Winter St., 4th Fl.
Boston, MA 02108
(617) 423-7904

CERTIFICATE OF SERVICE

     I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: 3/29/05

Andrew M. Fischer

jeannite\notdeparahovites

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

HEWIG III
cKNIGHT
DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
MICHELE E. RANDAZZO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
LAUREN F. GOLDBERG
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
R. ERIC SLAGLE
CAROLYN KELLY MACWILLIAM

April 6, 2005

Andrew M. Fischer, Esq.
Jason and Fischer
47 Winter Street
Boston, MA. 02108

4/8/05

Re:   Joel Jeannite v. City of Haverhill
      U.S. District Court, C.A. No. 04-10541-RWZ

Dear Mr. Fischer:

I am in receipt of your deposition notices for Glenn Fogarty and John Arahovites for May 23, 2005 and May 26, respectively. These dates are beyond the Scheduling Order, which, having already been extended twice, presently calls for discovery to close on May 16, 2005. Moreover, neither Officer Fogarty nor Sgt. Arahovites are parties to this action, and thus a subpoena is required to secure their attendance at deposition. As such, I do not intend to produce either individual for deposition. Please inform me whether I will need to move for a Protective Order in this regard.

Also, I note that I have not received a signed release for medical records of Joel Jeannite, which was forwarded to you on February 18, 2005. Kindly apprise me of the status of that document.

Thank you for your attention to these matters.

Very truly yours,

Joseph L. Tehan, Jr.

JLT/cmt
cc:   Keith Legget (GFMS# 182688)
248148/METG/0549

**EXHIBIT C**

## JASON AND FISCHER
ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

April 20, 2005

Joseph L. Tehan, Jr., Esquire
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116

Re:  Joel Jeannite, et al v. City of Haverhill, et al

Dear Mr. Tehan:

I write in response to your letter of April 6, 2005.

First of all, with respect to the deposition dates, Mr. Fogarty now is a party and thus need not be subpoenaed. Per your request, I will issue a subpoena for Sgt. John Arahovites.

With respect to the issue of discovery closing on May 16, 2005, I can reschedule the depositions to dates the week of May 9-13, but that would be inconvenient for me and I ask your courtesy in accommodating the two depositions, seven and ten days after the formal close of discovery. If that is not acceptable, I can file a motion to extend discovery for two weeks to include these depositions, if you insist, but I hope that will not be necessary.

With respect to your signed release for medical records, I do not know why you need a signed release, as we are providing all pertinent medical records, consisting solely of his mental health treatment records which we have already provided.

Yours truly,

Andrew M. Fischer

AMF:cpj

jeannite\lttehan9

| | KOPELMAN AND PAIGE, P. C. | |
|---|---|---|
| LEONARD KOPELMAN | | WILLIAM HEWIG III |
| DONALD G. PAIGE | ATTORNEYS AT LAW | S. McKNIGHT |
| ELIZABETH A. LANE | | KATHLEEN M. O'DONNELL |
| JOYCE FRANK | 31 ST. JAMES AVENUE | PATRICIA A. CANTOR |
| JOHN W. GIORGIO | | THOMAS P. LANE, JR. |
| BARBARA J. SAINT ANDRE | BOSTON, MASSACHUSETTS 02116-4102 | MARY L. GIORGIO |
| JOEL B. BARD | | MICHELE E. RANDAZZO |
| JOSEPH L. TEHAN, JR. | (617) 556-0007 | THOMAS W. McENANEY |
| THERESA M. DOWDY | FAX (617) 654-1735 | KATHARINE GOREE DOYLE |
| DEBORAH A. ELIASON | | LAUREN F. GOLDBERG |
| RICHARD BOWEN | | JEFFREY A. HONIG |
| DAVID J. DONESKI | PITTSFIELD OFFICE | GREGG J. CORBO |
| JUDITH C. CUTLER | (413) 443-6100 | RICHARD T. HOLLAND |
| KATHLEEN E. CONNOLLY | | ELIZABETH R. CORBO |
| DAVID C. JENKINS | NORTHAMPTON OFFICE | MARIA C. ROTA |
| MARK R. REICH | (413) 585-8632 | VICKI S. MARSH |
| BRIAN W. RILEY | | JOHN J. GOLDROSEN |
| DARREN R. KLEIN | WORCESTER OFFICE | SHIRIN EVERETT |
| JONATHAN M. SILVERSTEIN | (508) 752-0203 | BRIAN E. GLENNON, II |
| ANNE-MARIE M. HYLAND | | JONATHAN D. EICHMAN |
| JASON R. TALERMAN | | JOSEPH S. FAIR |
| GEORGE X. PUCCI | | LAURA H. PAWLE |
| | | CAROLYN M. MURRAY |
| EDWARD M. REILLY | | JACKIE COWIN |
| DIRECTOR WESTERN OFFICE | | SARAH N. TURNER |
| | | JEFFREY T. BLAKE |
| | | R. ERIC SLAGLE |
| | | CAROLYN KELLY MACWILLIAM |

April 28, 2005

Andrew M. Fischer, Esq.
Jason and Fischer
47 Winter Street
Boston, MA 02108

Re: Joel Jeannite v. City of Haverhill
U.S. District Court, C.A. No. 04-10541-RWZ

4/29/05

Dear Mr. Fischer:

I write in response to your letter of April 20, 2005. Please be advised that we are available May 12, 2005 for the deposition of Officer Fogarty and May 13, 2005 for the deposition of Sgt. Arahovites. We request that the depositions begin at 11 a.m. (rather than 10) for the convenience of the officers.

With respect to the plaintiff's medical records, we wish to independently compare said records with those we have already received in order to ensure completeness. As such, please forward me the signed release as soon as possible.

Thank you for your attention to these matters.

Very truly yours,

Joseph L. Tehan, Jr.

JLT/JC/cmt
cc: Keith Legget (GFMS# 182688)
249659/METG/0549