UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

| | |
|---|---|
| JOEL JEANNITE,<br><br>    Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,<br><br>    Defendants | DEFENDANTS' LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO ALLOW DEPOSITIONS AFTER DISCOVERY DEADLINE |

Now come the defendants, and hereby oppose, to a limited extent, plaintiff's Motion to Allow Two Depositions After the Discovery Deadline. As grounds therefor, the defendants rely on the within Memorandum of Reasons.

MEMORANDUM OF REASONS

In this case, plaintiff asserts, inter alia, constitutional and state tort law claims arising from his arrest by members of the Haverhill Police Department. Discovery, which has already been extended twice at plaintiff's request, is scheduled to close on May 16, 2005. A status conference/pre-trial conference is scheduled for May 25, 2005.

On April 7, 2005, the Court allowed, over opposition, plaintiff's motion to amend the Complaint to add Haverhill Police Officer Glenn Fogarty as a defendant in this action. Plaintiff now seeks to extend discovery in order to depose Fogarty, as well as Haverhill Police Sergeant John Arahovites.[1]

---

[1] Defendants note that Fogarty has yet to be served. Thus, plaintiff's request to depose Fogarty is technically improper without a subpoena.

Defendants do not oppose plaintiff's request to conduct these depositions, provided that any extension of the discovery period does not interfere with a fair and adequate opportunity for defendants to file a Motion for Summary Judgment. Defendants submit that they have valid grounds for seeking summary judgment, including but not limited to the fact that plaintiff was convicted of one of the charges for which he was arrested (thus precluding plaintiff's false arrest and malicious prosecution claims). Defendants intend to request leave to file a Rule 56 Motion at the conference scheduled for May 25, 2005 (the Scheduling Order set by the Court does not provide for the filing of such motions).

WHEREFORE, defendants oppose plaintiff's Motion to Allow Depositions After the Discovery Deadline, only to the extent that it interferes with defendants' opportunity to file a Motion for Summary Judgment.

DEFENDANTS,

By their attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
617-556-0007

250895/METG/0549