UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOEL JEANNITE, * | |
| * | |
| Plaintiff * | |
| v. * | |
| * | |
| CITY OF HAVERHILL, STEPHEN * | C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE * | |
| HAVERHILL POLICE DEPARTMENT, * | |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., * | |
| JOHN DOE, and JOHN ROE * | |
| * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)**

Now comes Counsel for the plaintiff and certifies that he has conferred with counsel Jackie Cowin on March 31, 2005, regarding resolution of the motion for speedy trial.

Respectfully submitted,
Joel Jeannite,
by his counsel,

Date: 5/5/05

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: 5/05/05

Andrew M. Fischer

jeannite\rule7cert