UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************************
| | |
|---|---|
| JOEL JEANNITE, | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * |
| CITY OF HAVERHILL, STEPHEN | *   C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE | * |
| HAVERHILL POLICE DEPARTMENT, | * |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., | * |
| JOHN DOE, and JOHN ROE | * |
| | * |
| Defendants | * |

*********************************************

## MOTION TO ALLOW RESCHEDULING OF ONE DEPOSITION AFTER THE DISCOVERY DEADLINE

Now comes the plaintiff and moves this Honorable Court allow him to reschedule one additional deposition after the time for completing depositions.[1]

As reason plaintiff states he noticed the depositions of defendant George Dekeon for May 16, 2005, within the discovery deadline, but that, due to an oversight, no court reporter was available and the deposition could not go forward on May 16, 2005.  Defendant Dekeon had no objection to rescheduling the deposition, as long as plaintiff obtained leave of Court to extend the time for completing depositions, so that the deposition does not proceed outside of the time deadlines set by the Court.

---

[1] This would be in addition to the two depositions scheduled for May 23, 2005 and May 26, 2005, respectively, which are the subject of plaintiff's earlier motion, filed May 2, 2005.

Accordingly, plaintiff files this motion seeking to allow the deposition of defendant Dekeon after the formal close of discovery or extending discovery for the limited purpose of allowing the deposition of defendant Dekeon outside the deadline for completing discovery.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Joel Jeannite,<br>by his counsel, |
| Date: May 20, 2005 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: May 20, 2005                                                /s/ Andrew M. Fischer
                                                                                Andrew M. Fischer

Affidavit of Compliance with Rule 7.1

I, Andrew M. Fischer, hereby certify that on May 16, 2005, I conferred with defense counsel, Joseph Tehan, Kopelman and Paige, in an attempt to resolve this discovery dispute and that she directed me to file a motion to extend discovery in order to take the deposition in question.

Date: May 20, 2005                                                /s/ Andrew M. Fischer
                                                                                Andrew M. Fischer

jeannite\mtnextdepodisc