UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

| | |
|---|---|
| JOEL JEANNITE,<br><br>    Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE <u>WITH LOCAL RULE 7.1(A)(2)</u> |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that she conferred with plaintiff's counsel regarding the Individual Defendants' Motion for Summary Judgment, and the Motion for Summary Judgment by City of Haverhill and Stephen Brighi, by sending a facsimile regarding same. No response was received.

DEFENDANTS

By their attorneys,

/s/Jackie Cowin
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

262422/METG/0549