UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

| | |
|---|---|
| JOEL JEANNITE,<br><br>      Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,<br><br>      Defendants | MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STEPHEN BRIGHI, STEPHEN DOHERTY, GEORGE DEKEON, JR. AND GLEN FOGARTY |

Now come defendants Stephen Brighi,[1] Stephen Doherty, George Dekeon, Jr., and Glen Fogarty[2] (collectively, the "Individual Defendants"), and hereby move, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all claims set forth against them.

As grounds therefor, the Individual Defendants state that there exists no genuine issue as to any material fact, and that they are entitled to judgment in their favor as a matter of law. As further grounds therefor, said defendants rely on the attached Local Rule 56.1 Statement of Material facts of Record as to which There is No Genuine Issue to be Tried, with exhibits thereto, and the attached supporting memorandum of law.

---

[1] The Complaint names Brighi in his official capacity only, and thus all claims against Brighi properly equate to claims against the City. See, e.g, Kentucky v. Graham, 473 U.S. 159, 165-66, 105 S.Ct. 3099 (1985). Nonetheless, this Memorandum addresses claims against Brighi in his individual capacity, in the event the Court may construe the Complaint as pleading same. A separate Motion submitted by defendants addresses claims plaintiff may have intended to bring against Brighi in his supervisory capacity.

[2] Glen Fogarty was substituted as a defendant for John Doe.

WHEREFORE, the Individual Defendants respectfully request that this Court enter judgment in their favor on all claims set forth against them.

INDIVIDUAL DEFENDANTS,

By their attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

262418/METG/0549