UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

| | |
|---|---|
| JOEL JEANNITE,<br><br>      Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,<br><br>      Defendants | MOTION FOR SUMMARY JUDGMENT BY CITY OF HAVERHILL AND STEPHEN BRIGHI IN HIS OFFICIAL SUPERVISORY CAPACITY |

    Now come defendants City of Haverhill and Chief Stephen Brighi, in his supervisory capacity, and hereby move, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on Counts VI, IX and X set forth in the Complaint against them.

    As grounds therefor, the City and Brighi state that there exists no genuine issue as to any material fact, and that they are entitled to judgment in their favor as a matter of law. As further grounds therefor, said defendants rely on the attached Local Rule 56.1 Statement of Material facts of Record as to which There is No Genuine Issue to be Tried, with exhibits thereto, and the attached supporting memorandum of law.

    WHEREFORE, the City of Haverhill and Stephen Brighi respectfully request that this Court enter judgment in their favor on Counts VI, IX and X set forth against them.

DEFENDANTS
CITY OF HAVERHILL AND
STEPHEN BRIGHI,
By their attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

262419/METG/0516