UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOEL JEANNITE,           * | |
|                                   * | |
|            Plaintiff       * | |
| v.                                      * | |
|                                   * | |
| CITY OF HAVERHILL, STEPHEN     * | C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE      * | |
| HAVERHILL POLICE DEPARTMENT,    * | |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., * | |
| JOHN DOE, and JOHN ROE               * | |
|                                   * | |
|            Defendants      * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO CONTINUE AND RESCHEDULE ORAL HEARING

Now comes the plaintiff and moves this Honorable Court continue the motion hearing, presently scheduled for November 10, 2005. The plaintiff proposes the following dates: ~~January 9~~, January 11, January 12, January 23, January 24, and January 26, 2006.

As reason, plaintiff states that his counsel will be out of the country on November 10, 2005 for personal family business.

There is no prejudice to any party and defendants assent to this motion.

Assented to:                                                                              Plaintiff by counsel,

_____                                           _____
Jackie A. Cowin, Esq.                                                              Andrew M. Fischer, Esq.
Kopelman and Paige, PC                                                         Jason & Fischer
31 St. James Avenue                                                                47 Winter Street,
Boston, MA 02116                                                                   Boston, MA 02108
(617) 556-0007                                                                         (617) 423-7904
                                                                                                    BBO #167040

### CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

Date: _____                                                          _____
                                                                                                    Andrew M. Fischer

jeannite\mtncont