UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************************

| | |
|---|---|
| JOEL JEANNITE, | * |
| | * |
| Plaintiff | * |
| v. | * |
| | * |
| CITY OF HAVERHILL, STEPHEN | *   C.A. NO. 04-10541-RWZ |
| BRIGHI, in his capacity as CHIEF OF THE | * |
| HAVERHILL POLICE DEPARTMENT, | * |
| STEPHEN DOHERTY, GEORGE DEKEON Jr., | * |
| JOHN DOE, and JOHN ROE | * |
| | * |
| Defendants | * |

*********************************************

## MOTION TO EXTEND TIME FOR FILING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff and moves, with the assent of the defendants, that he be granted an additional ten (10) days, from October 28, 2005 until November 7, 2005, to file his opposition to defendants' motion for summary judgment.

As reason, plaintiff's counsel's wife and law partner was taken ill with pneumonia on October 22, 2005 and plaintiff's counsel has had to take time from his usual law practice hours both to care for her and to attend to emergency issues in her law practice.

As further reason, there is no prejudice as the summary judgment hearing has been rescheduled until January 24, 2006, and defense counsel assents to this motion.

Respectfully submitted,
Joel Jeannite,
by his counsel,

Date: _____

/s/ Andrew M. Fischer
Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
afischer@jasonandfischer.com

-2-

CERTIFICATE OF SERVICE

    I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jackie A. Cowin., Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116.

| | |
|---|---|
| Date: October 27, 2005 | /s/ Andrew M. Fischer |
| | Andrew M. Fischer |

jeannite\mtnextoppsj