EXHIBIT
tabbies
D

CRIMINAL COMPLAINT    0138CR001518    Trial Court of Massa...

Haverhill District C...

DEFENDANT

JEANNITE, JOEL
104 MAIN STREET
GROVELAND, MA 01834

TO ANY JUSTICE OR C...
OF THE HAVERHILL DISTRICT COURT

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| 12/24/1980 | M | B | 5'05" | 160 | BRO | BLK |

| INCIDENT REPORT # | SOCIAL SECURITY # |
|---|---|
|  | 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 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 07/30/2001 | HAVERHILL |

| COMPLAINANT | POLICE DEPARTMENT |
|---|---|
| DEKEON, GEORGE DET | HAVERHILL PD |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 07/31/2001 | 07/31/2001 12:00 AM |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below

Arr 7/31/01    Hon...

RM 8/20/01

Marsha Kazarosian

COUNT-OFFENSE

1. 272/53/F  DISORDERLY CONDUCT c272 §53

on 07/30/2001 was a disorderly person, in that he or she did, with purpose to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, engage in fighting or threatening, or in violent or tumultuous behavior, or did create a hazardous or physically offensive condition by an act that served no legitimate purpose of the defendant, in violation of the common law and G.L. c.272, §53. (PENALTY: jail or house of correction not more than 6 months; or not more than $200; or both.)

PROSECUTION

COUNT-OFFENSE

2. 90/25/B  LICENSE/REGIS/PLATES, REFUSE PRODUCE c90 §25

on 07/30/2001: (1) while operating or in charge of a motor vehicle, did refuse, on demand of a police officer who was in uniform or who displayed his or her badge conspicuously on the outside of his or her outer coat or garment, to produce his or her license to operate such vehicle or his or her certificate of registration, or to permit such officer to take the license or certificate in hand for the purpose of examination, or (2) while operating or in charge of a motor vehicle, did without a reasonable excuse fail to deliver his or her license to operate motor vehicles on demand of a police officer, or any officer mentioned in G.L. c.90, §29 or authorized by the Registrar of Motor Vehicles or the certificate of registration of a motor vehicle operated or owned by him or her, or the number plates furnished by the Registrar of Motor Vehicles for such motor vehicle, in violation of G.L. c.90, §25. (PENALTY: $100.)

COPY

COUNT-OFFENSE

COUNT-OFFENSE

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE | ON (DATE) | TOTAL COUNTS |
|---|---|---|---|
| X | X |  | 2 |

| (PROSECUTION COPY) | FIRST JUSTICE Hon. KEVIN M HERLIHY | COURT ADDRESS | Haverhill District Court J. P. Ginty Blvd P.O. Box 1389 Haverhill, MA 01831 |
|---|---|---|---|
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |