# JASON AND FISCHER

Attorneys At Law
47 Winter Street
Boston, Massachusetts 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

Linda Gayle Jason
Andrew M. Fischer

November 7, 2005

Lisa Urso, Courtroom Clerk
United States District Court
One Court House Way
Boston, MA 02210

Re: <u>Joel Jeannite v. City of Haverhill, et al</u>
C.A. No. 04-10541-RWZ

Dear Ms. Urso:

    The plaintiff has already filed an Opposition to the Motion for Summary Judgment of defendants Brighi, Doherty, Dekeon and Fogarty. [Docket entry 36]

    The plaintiff wishes to advise the court that plaintiff is not filing any opposition to the Motion for Summary Judgment of the defendants City of Haverhill and Brighi in his official capacity. [Docket entry 38]

Yours truly,

/s/ Andrew M. Fischer

Andrew M. Fischer

AMF:ms

jeannite\ltct14