UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

JOEL JEANNITE,

        Plaintiff

v.

CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,

        Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that he conferred with plaintiff's counsel by telephone on January 13, 2006, regarding the Defendants' Motion for Leave to File Late Reply, in a good-faith effort to narrow or resolve the issues contained therein. The parties were unable to resolve or narrow the issues contained therein.

        /s/Joseph L. Tehan, Jr.
        Joseph L. Tehan (BBO# 494020)
        Jackie Cowin (BBO# 655880)
        Kopelman and Paige, P.C.
        31 St. James Avenue
        Boston, MA 02116
        (617) 556-0007

271295/METG/0549