UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

| | |
|---|---|
| JOEL JEANNITE,<br><br>　　　　　Plaintiff<br>v.<br><br>CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., and GLEN FOGARTY<br>　　　　　Defendants | DEFENDANTS' MOTION FOR LEAVE TO FILE LATE REPLY |

　　　　Now come the defendants in the above-captioned matter, and hereby request leave to file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment beyond the deadline set forth in the Scheduling Order. Defendants make this request on the grounds that the Reply, filed simultaneously with this motion, addresses inaccurate statements of fact and law contained in Plaintiff's Opposition. As such, the filing of the Reply is necessary to provide a complete and accurate summary judgment record for he Court's consideration, and therefore serves the interests of justice.

　　　　WHEREFORE, defendants request that this Court grant them leave to file their Reply beyond the deadline set forth in the Scheduling Order.

　　　　　　　　　　　　　　　　　　　　DEFENDANTS
　　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　　/s/Joseph L. Tehan, Jr.
　　　　　　　　　　　　　　　　　　　　Joseph L. Tehan, Jr. (BBO # 494020)
　　　　　　　　　　　　　　　　　　　　Jackie Cowin (BBO# 655880)
　　　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　　　31 St. James Avenue
　　　　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　　　　617-556-0007

271294/METG/0549