| | KOPELMAN AND PAIGE, P. C. | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE HYLAND<br>JASON R. TALERMAN<br>GEORGE X. PUCCI<br><br>EDWARD M. REILLY<br>DIRECTOR WESTERN OFFICE | ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br><br>(617) 556-0007<br>FAX (617) 654-1735<br><br>PITTSFIELD OFFICE<br>(413) 443-6100<br><br>NORTHAMPTON OFFICE<br>(413) 585-8632<br><br>WORCESTER OFFICE<br>(508) 752-0203 | WILLIAM HEWIG III<br>JEANNE S. McKNIGHT<br>KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>THOMAS W. MCENANEY<br>KATHARINE GOREE DOYLE<br>LAUREN F. GOLDBERG<br>JEFFREY A. HONIG<br>MICHELE E. RANDAZZO<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>ELIZABETH R. CORBO<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>R. ERIC SLAGLE |

August 19, 2004

Andrew M. Fischer, Esq.
Jason and Fischer
47 Winter Street
Boston, MA 02108

Re:  Joel Jeannite v. City of Haverhill
     United States District Court, C.A. No. 04-10541-RWZ

Dear Mr. Fischer:

Enclosed please find Defendants' Responses to Plaintiff's First Request for Production of Documents.

Very truly yours,

*Jackie Cowin*

Jackie Cowin

JC/cmt
cc:  Keith Legget (GFMS# 182688) (w/o enc.)

229280/METG/0549

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10541-RWZ

JOEL JEANNITE,

    Plaintiff

v.

CITY OF HAVERHILL, STEPHEN BRIGHI, in His Capacity as CHIEF OF THE HAVERHILL POLICE DEPARTMENT, STEPHEN DOHERTY, GEORGE DEKEON, JR., JOHN DOE, and JOHN ROE,

    Defendants

DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

## GENERAL OBJECTION OF COUNSEL

General objection of counsel is hereby made to the "Instructions & Definitions" section of Plaintiff's First Request for Production of Documents to the extent the same imposes obligations inconsistent with, or in addition to, those imposed by Fed.R.Civ.P.34.

REQUEST NO. 1

Any and all documents, reports, leaflets, and/or any other writings listing, describing or referencing in any manner the rules and regulations and/or suggested procedures for a Haverhill police officer to make an arrest upon a civilian complaint.

RESPONSE NO. 1

None. General arrest procedures are included in Response No. 3.

REQUEST NO. 2

Any and all documents, reports, leaflets and/or any other writings listing, describing or referencing in any manner the rules and regulations and/or referencing in any manner the rules

RESPONSE NO. 8

With respect to the first part of this Request, annual reports for 1998 and 1999 are enclosed herewith. No annual report for 2001 exists. The defendants are in the process of determining whether they are in the possession of annual reports for 1997 and 2000. If defendants are in possession of said reports, they will seasonably supplement this Response.

With respect to the second part of this Request, the defendants are not in possession of documents responsive to this Request.

REQUEST NO. 9

Any and all documents referencing the July 30, 2001 incident and arrest of Plaintiff Jeannite in question, including, but not limited to:

    a)    any and all reports or other documents regarding the arrest of the plaintiff and any other individuals arrested in connection with the incident by the individual officers;

    b)    any and all reports or other documents regarding injuries to plaintiff arrested by the defendant police officer;

    c)    any and all reports or other documentation of the radio calls referencing the incident in question;

    d)    any and all reports or other documents regarding the use of deadly force by any police officer;

    e)    any and all results of polygraph tests taken in connection with this incident;

    f)    any and all written or tape recorded witness statements, or notes made from oral witness statements, regarding the incident in question;

    g)    any and all tape recordings or written transcripts of plaintiff's criminal trial;

    h)    any and all booking photographs and/or mug shots of plaintiff;

    i)    any and all documents related to plaintiff's booking;

    j)    any and all restraining orders issued against the plaintiff

## RESPONSE NO. 9

    a)    Documents responsive to this Request are enclosed herewith.

    b)    None.

    c)    An audiotape is enclosed herewith.

    d)    Objection of counsel on grounds that this Request is overbroad, and seeks information that is irrelevant and not likely to lead to the discovery of admissible evidence.

    e)    None.

    f)    Documents responsive to this Request are enclosed herewith

    g)    The defendants are not in possession of documents responsive to this Request.

    h)    None.

    i)    Documents responsive to this Request are enclosed herewith.

    j)    None

## REQUEST NO. 10

All writings or documents regarding or referencing any policies or procedures of disciplining Haverhill police officers.

## RESPONSE NO. 10

Documents responsive to this Request are enclosed herewith.

## REQUEST NO. 11

All writings or documents regarding policies and procedures for addressing and responding to civilian complaints.

## RESPONSE NO. 11

Documents responsive to this Request are enclosed herewith.