**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**JOEL JEANNITE**
                       **Plaintiff**

         **CIVIL ACTION**

     **V.**

         **NO. 04CV10541-RWZ**

**CITY OF HAVERHILL ET AL**
                       **Defendant**

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the MEMORANDUM OF DECISION entered 6/30/06;

JUDGMENT is entered for DEFENDANT ON COUNT 1.

                                                                By the Court,

  **6/30/06**                                                    **s/ Lisa A. Urso**
Date                                                          Deputy Clerk